UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON L. MULHOLLAND,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-371-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's May 25, 2023, order (Doc. 10) for plaintiff Jason L. Mulholland to show cause on or before June 23, 2023, why this case should not be dismissed without prejudice pursuant Federal Rule of Civil Procedure 4(m) for failure to timely effect service or pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Court noted that there is no evidence in the record that service of process had been effected upon defendant within 90 days after the filing of the complaint, as prescribed by Rule 4(m). The Court extended that deadline by 30 days. Still, there is no evidence in the record of service. The Court warned Mulholland that if he failed to respond to the order to show cause in a timely manner, the Court would dismiss this case. Mulholland has not responded to the order to show cause. Accordingly, the Court hereby **DISMISSES** this case **without prejudice** pursuant to Rule 4(m) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 6, 2023**

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**