UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON L. MULHOLLAND,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-371-JPG

## JUDGMENT

    This matter having come before the Court and the plaintiff having failed to serve the defendant,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 6, 2023**       **MONICA A. STUMP, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**


**Approved:**      s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**